# THE STATE ex rel. ST. LOUIS BREWING ASSOCIATION et al. v. EBY, Judge.

### In Banc, December 10, 1902.

### Prohibition.

**RULE MADE ABSOLUTE.**

SHERWOOD, J.—This case is similar, in all essential features, to the case of State ex rel. Anheuser-Busch Brewing Association v. Eby, Judge, page 497, this volume. And for like reasons given in that case, the provisional rule in this case is made absolute.

All concur as marked in the case above mentioned.
Vol 170 mo—34.